STATE OF NEW JERSEY v. PRINTES D. JENKINS, JR.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST MARK REED.

July 6, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM MUNDORFF.

July 6, 1983.

Petition for certification denied.

IN THE MATTER OF THE COMMITMENT OF E.B.

July 13, 1983.

Petition for certification denied.